# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARC KAPSALIS and ZIKAP, INC.,** )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**DR. DEAN SICKING and SICKING**  )<br>**SAFETY SYSTEMS, INC.,**  )<br>)<br>Defendants.  )<br>)<br>_____  )<br>)<br>**DR. DEAN SICKING,**  )<br>)<br>Counterclaim Plaintiff,  )<br>)<br>v.  )<br>)<br>**MARC KAPSALIS,**  )<br>)<br>Counterclaim Defendant.  )<br>) | **CIVIL ACTION NUMBER:**<br>**2:19-cv-00744-RDP** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs/Counterclaim Defendant Marc Kapsalis and ZiKap, Inc. and Defendants/Counterclaim Plaintiff Dr. Dean Sicking and Sicking Safety Systems, Inc., being all parties in this case, file this Joint Stipulation of Dismissal of all claims and counterclaims *without* prejudice through their undersigned attorneys. Each party will bear its own costs and attorneys' fees.

Respectfully submitted this the 18th day of December, 2019.

| | |
|---|---|
| **/s/ Brannon J. Buck** | **/s/ Davis S. Vaughn** |
| Brannon J. Buck | Davis S. Vaughn |
| Christopher B. Driver | Edward S. Sledge IV |
| Badham & Buck, LLC | Bradley Arant Boult Cummings LLP |
| 2001 Park Place North, Ste. 500 | One Federal Place |
| Birmingham, AL 35203 | 1819 Fifth Avenue North |
| bbuck@badhambuck.com | Birmingham, AL 35203-2119 |
| cdriver@badhambuck.com | Telephone: (205) 521-8000 |
| | Facsimile: (205) 521-8800 |
| | dvaughn@bradley.com |
| | esledge@bradley.com |